UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A. ) | |
| ) | |
| Appellant, ) | |
| v. ) | **JUDGMENT** |
| ) | |
| RODNEY ALLEN MCCOWAN and ) | No. 5:18-CV-75-D |
| TRUSTEE GREGORY CRAMPTON ) | |
| ) | |
| Appellees. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court REVERSES the bankruptcy court's orders.

**This Judgment Filed and Entered on October 9, 2018, and Copies To:**

| | |
|---|---|
| Jason K. Purser | (via CM/ECF electronic notification) |
| William Forrest Braziel, III | (via CM/ECF electronic notification) |
| William P. Janvier | (via CM/ECF electronic notification) |
| Gregory Byrd Crampton | (via CM/ECF electronic notification) |
| Steven Craig Newton, II | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE | **PETER A. MOORE, JR., CLERK** |
| October 9, 2018 | By: /s/ Nicole Sellers |
| | Deputy Clerk |